# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPEEDCAST INTERNATIONAL | § | |
| LIMITED, *et al.*, | § | |
| | § | Case No. 20-32243 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## MASTER SERVICE LIST AS OF MAY 8, 2020

Pursuant to paragraph 1 of the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* entered on April 23, 2020 [Docket No. 22], attached hereto is the updated Master Service List for the above-referenced cases as of May 8, 2020.

Dated: May 8, 2020

                                                    */s/* Travis Buckingham
                                                    Travis Buckingham
                                                    KCC
                                                    222 N Pacific Coast Highway, 3rd Floor
                                                    El Segundo, CA 90245
                                                    Tel 310.823.9000

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/speedcast. The Debtors' service address for the purposes of these chapter 11 cases is 4400 S. Sam Houston Parkway East, Houston, Texas 77048.

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Airbus Defence And Space Ltd | Kelly Hawkes and Mark McLauchlan<br>Gunnels Wood Road<br>Stevenage, Herts SG1 2AS<br>United Kingdom | 44-(0)-1438 282828 | | kelly.hawkes@airbus.com;<br>mark.mclauchlan@airbus.com | Top 30 |
| APT Satellite Company Limited | Huang Baozhong<br>22 Dai Kwai Street, Tai Po Industrial Estate<br>Hong Kong,<br>Hong Kong | 852-2600-2100 | 852-2522-0419 | HuangBaoZhong@apstar.com | Top 30; UCC |
| Asia Satellite Telecommunications Company Limited | Sue Yeung and Roger Tong<br>15 Dai Kwai Street Tai Po Industrial Estate<br>Tai Po, New Territories<br>Hong Kong,<br>Hong Kong | 61-(02)-8870-1400;<br>852-2500-0800 | | syeung@asiasat.com;<br>rtong@asiasat.com | Top 30; UCC |
| AT&T | Shaun Feimster<br>PO BOX 105414<br>Atlanta, GA 30348-5414 | 800-724-9198 | | brm-qa@cctools.att-mail.com | Top 30 |
| AT&T Services Legal Department | James W. Grudus, Esq.<br>One AT&T Way, Room 3A115<br>Bedminster, NJ 07921 | 908-234-3318 | 832-213-0157 | james.grudus@att.com; brm-qa@cctools.att-mail.com | Top 30 |
| Cobham Satcom | Geoff Allsop and Liga Liu<br>Lundtoftegaardsvej 93D<br>Kongens Lyngby, 2800<br>Denmark | 6567-952205 | | Geoff.Allsop@cobham.com;<br>liga.liu@cobham.com | Top 30 |
| Comptroller of Public Accounts of the State of Texas | Christopher S. Murphy, Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>PO Box 12548<br>Austin, TX 78711-2548 | 512-475-4867 | 512-936-1409 | christopher.murphy@oag.texas.gov | Attorneys for the Texas Comptroller of Public Accounts |
| Comtech EF Data | Phil Lester-Credit Manager<br>2114 West 7th Street<br>Tempe, AZ 85281 | 480-333-2200 | 480-333-2540 | plester@comtechefdata.com;<br>smorris@comtechefdata.com | Top 30 |
| Comtech EF Data | Phil Lester-Credit Manager<br>Lockbox 9651<br>PO Box 70280<br>Philadelphia, PA 19176 | 480-333-2200 | | plester@comtechefdata.com;<br>smorris@comtechefdata.com | Top 30 |
| Cooley LLP | Cullen D. Speckhart<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004 | 202-776-2052, 202-842-7800 | 202-842-7899 | cspeckhart@cooley.com | Counsel to Iridium Satellite LLC |
| Davis Polk & Wardwell LLP | Damian Schaible, David Schiff, Jonah A. Peppiatt, Jarret Erickson<br>450 Lexington Avenue<br>New York, NY 10017 | 212-450-4500 | 212-701-5800 | damian.schaible@davispolk.com;<br>david.schiff@davispolk.com;<br>jonah.peppiatt@davispolk.com;<br>jarret.erickson@davispolk.com | Counsel to the Ad Hoc Group of Secured Lenders |

In re: SpeedCast International Limited, et al.
Case No.: 20-32243

Page 1 of 6

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Eutelsat Asia Pte. Ltd. | Mervyn Eu Zhi Yong<br>8 Temasek Boulevard #15-02 Suntec Three Tower<br>Singapore, 018981<br>Singapore | 65-6808-2088 | | Ingszeyim@eutelsat.com | Top 30 |
| Eutelsat S.A. | Mervyn Eu Zhi Yong<br>70 Rue Balard<br>Paris, 75015<br>France | 33-15398-4747; 33-1-53-983752 | | credit@eutelsat.com;<br>hzared@eutelsat.com;<br>victor.perez@eutelsat.com | Top 30 |
| Federal Communications Commission | Attn General Counsel<br>445 12th Street SW<br>Washington, DC 20554 | 202-418-1700 | 202-418-2822 | thomas.johnson@fcc.gov | Federal Communications Commission |
| Globalstar USA | Jennifer Plaskus-Credit & Collections Supervisor<br>1351 Holiday Square Blvd<br>Covington, LA 70433 | 985-335-1534 | | jennifer.plaskus@globalstar.com | Top 30 |
| Haynes and Boone, LLP | Charles A. Beckham, Jr., Arsalan Muhammad<br>1221 McKinney, Suite 2100<br>Houston, TX 77010 | 713-547-2000 | 713-547-2600 | charles.beckham@haynesboone.com;<br>arsalan.muhammad@haynesboone.com | Attorneys for Credit Agricole Corporate and Investment Bank ("CACIB") |
| Inmarsat Global Limited | Shirin Dhala<br>99 City Road<br>London, EC1Y 1AX<br>United Kingdom | 44-207-728-1578 | | valentina.tsialiatidou@inmarsat.com | Top 30 |
| Inmarsat Solutions B.V | Attn Officer or Director<br>Loire 158-160, Entrance B<br>The Hague, 2491 AL<br>The Netherlands | 31-709-748-4280 | | AR.Inquiries@inmarsat.com | Top 30 |
| Intellian | Julia Kim, Edward Joannides<br>11 Studebaker<br>Irvine, CA 92618 | 949-727-4498 Ext. 1111; 949-771-4505 | | julia.kim@intelliantech.com;<br>accounting.us@intelliantech.com;<br>Edward.joannides@intelliantech.com | Top 30 UCC |
| Intelsat Corporation | Michelle Bryan, General Counsel<br>PO Box 847491<br>Dallas, TX 75284-7491 | 703-559-8230 | | Billing.Inquiries@Intelsat.com;<br>michelle.bryan@intelsat.com | Top 30 |
| Intelsat Global Sales And Marketing Ltd. | Michelle Bryan, General Counsel<br>Building 5, Chiswick Park<br>555 Chiswick High Road<br>London, WV W4 5YF<br>United Kingdom | 44-20-3036-6700 | 703-559-8530 | Billing.Inquiries@Intelsat.com;<br>michelle.bryan@intelsat.com | Top 30 |
| Intelsat US LLC | Michelle Bryan, Dieter Has<br>7900 Tysons One Place<br>Mclean, VA 22102-5972 | 703-559-6800; 703-559-7927 | 703-559-8530 | Billing.Inquiries@Intelsat.com;<br>michelle.bryan@intelsat.com;<br>Dieter.hase@intelsat.com | Top 30; UCC |
| Internal Revenue Service | 1919 Smith Street<br>Houston, TX 77002 | | | | Internal Revenue Service |
| Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | 800-913-9358 | | Mimi.M.Wong@irscounsel.treas.gov | IRS |

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov | IRS |
| Iridium Satellite LLC | Wouter Deknopper<br>1750 Tysons Blvd, Suite 1400<br>Mclean, VA 22102 | 703-287-7400 | 703-287-7450 | Wouter.Deknopper@iridium.com | Top 30 |
| Kirkland & Ellis LLP and Kirkland & Ellis International, LLP | Edward O. Sassower, Anthony Grossi, Steven N. Serajeddini<br>601 Lexington Avenue<br>New York, NY 10022 | 212-446-4733; 212-446-6419; 212-446-5984 | | Edward.Sassower@kirkland.com; Anthony.Grossi@kirkland.com; Steven.Serajeddini@kirkland.com | Counsel to Intelstat US LLC |
| Kleinbert, Kaplan, Wolff & Cohen, P.C. | Matthew J. Gold<br>500 Fifth Avenue<br>New York, NY 10110 | 212-986-6000 | 212-986-8866 | mgold@kkwc.com | Attorneys for Intellian Technologies Inc. |
| Kurtzman Carson Consultants | Joe Morrow<br>222 N Pacific Coast Highway, Suite 300<br>El Segundo, CA 90245 | | | Speedcastinfo@kccllc.com | Proposed Claims and Noticing Agent |
| Level 3 Communications | Michael Santschi<br>PO Box 910182<br>Denver, CO 80291-0182 | 602-512-2513; 800-871-9244 | | michael.santschi@centurylink.com; Billing@centurylink.com | Top 30 |
| Level 3 Communications, LLC | C/O Centurylink<br>Michael Santschi<br>20 E Thomas Rd<br>Phoenix, AZ 85012 | 602-512-2513; 800-871-9244 | 720-888-5422 | michael.santschi@centurylink.com; Billing@centurylink.com | Top 30 |
| Linebarger Goggan Blair & Sampson LLP | Don Stecker<br>112 E Pecan St Ste 2200<br>San Antonio, TX 78205 | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Counsel for Bexar County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com | Counsel for Smith, Tarrant and Dallas Counties |
| Linebarger Goggan Blair & Sampson LLP | Diane W. Sanders<br>PO Box 17428<br>Austin, TX 78760-7428 | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Attorney for San Patricio County, Hidalgo County, Jim Wells CAD, Dewitt County, Victoria County and Nueces County |
| Linebarger Goggan Blair & Sampson LLP | Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel for Cypress-Fairbanks ISD, Fort Bend County, Jasper County, Jefferson County, Cleveland ISD and Harris County |
| McKinsey & Company Inc | Alicia Teague<br>711 Third Avenue, 4th Floor<br>New York, NY 10017 | 415-981-0250; 415-981-0250 | 415-318-5200 | alicia_teague@mckinsey.com | Top 30 |
| New Skies Satellites B.V. | Francis Marquez, Brendan O'Callaghan<br>Rooseveltplantsoen 4<br>The Hague,  KR 2517<br>The Netherlands | 31-70-338-1997; 202-478-7152 | | francis.marquez@ses.com; sanjeev.ramcharan@ses.com; billing-nl@ses.com; Brendan.o.callaghan@ses.com | Top 30; UCC |

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Norton Rose Fulbright US LLP | Jason L. Boland, Bob B. Bruner<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010 | 713-651-5151 | 713-651-5246 | jason.boland@nortonrosefulbright.com;<br>bob.bruner@nortonrosefulbright.com | Counsel for Inmarsat Global Limited and Inmarsat Solutions B.V. |
| O3b Sales B.V. | Adam Ferneyhough-Accounts Receivable<br>Johan van Oldenbarneveltlaan 5<br>The Hague,  2582 NE<br>The Netherlands | 31-(0)70-711-6500 | | ruy.sarmiento@o3bnetworks.com;<br>billing@o3bnetworks.com;<br>adam.ferneyhough@ses.com | Top 30 |
| Oklahoma County Treasurer | Tammy Jones, Pro Se<br>320 Robert S. Kerr, Room 307<br>Oklahoma City, OK 73102 | 405-713-1324 | | tammy.jones@oklahomacounty.org | Oklahoma County Treasurer |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com | Attorney for Brazoria County Tax Office |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Laura J. Monroe<br>PO Box 817<br>Lubbock, TX 79408 | 806-744-5091 | 806-744-9953 | lmbkr@pbfcm.com | Attorney for Midland County |
| Rapp & Krock, PC | Henry Flores, Kenneth M. Krock<br>1980 Post Oak Blvd, Suite 1200<br>Houston, TX  77056 | 713-759-9977 | 713-759-9967 | HFlores@rappandkrock.com;<br>kkrock@rappandkrock.com | Counsel to the Ad Hoc Group of Secured Lenders |
| Russian Satellite Communications Company | Attn Officer or Director<br>3A Bld,1, Nikoloyamskiy per.<br>Moscow,  109289<br>Russia | 495-730-04-50 | 495-730-03-83 | sco@rscc.ru | Top 30 |
| Satélites Mexicanos, S.A. de C.V. | Jonathan Cortez<br>Avenida Paseo de la Reforma No. 222 Piso 20 y 21<br>Mexico City,  6600<br>Mexico | 52-(55)-2629-5800 | | jonathan.cortez@eutelsat.com | Top 30 |
| SEATEL INC. | Sabine Brunner-Accounts Receivable<br>4030 Nelson Ave<br>Concord, CA 94520 | 925-798-7979 | 925-798-7986 | Sabine.Brunner@cobham.com;<br>satcom.concord.ar@cobham.com | Top 30 |
| SEATEL INC. | Sabine Brunner-Accounts Receivable<br>PO Box 100749<br>Atlanta, GA 30384-0749 | 925-798 7979 | | Sabine.Brunner@cobham.com;<br>satcom.concord.ar@cobham.com | Top 30 |
| Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | 202-942-8088 | 202-772-9317 or 202-772-9318 | secbankruptcy@sec.gov | SEC Headquarters |
| Securities & Exchange Commission | Fort Worth Regional Office<br>801 Cherry Street, Suite 1900, Unit 18<br>Fort Worth, TX 76102 | 817-978-3821 | | dfw@sec.gov | SEC Regional Office |
| SES Government Solutions, Inc | Sefika Toker-AR Administrator<br>11790 Sunrise Valley Drive,Suite 300<br>Reston, VA 20191 | 70-610-0977; 571-294-5132 | | sefika.toker@ses-gs.com;<br>emily.mosso@ses-gs.com | Top 30 |

In re: SpeedCast International Limited, et al.<br>Case No.: 20-32243

Page 4 of 6

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | David M. Wagener, Esq., Albert L. Hogan III<br>155 N. Wacker Drive<br>Chicago, IL 60606 | 312-407-0700 | 312-407-0411 | david.wagener@skadden.com; al.hogan@skadden.com | Counsel to Credit Suisse AG, Cayman Islands Branch, as administrative agent under the Syndicated Facility Agreement |
| Skadden, Arps, Slate, Meagher & Flom LLP | Steven Messina and George Howard<br>One Manhattan West<br>New York, NY 10001 | 212-735-3509; 212-735-2367; 212-735-3000 | 917-777-3000 | steven.messina@skadden.com; george.howard@skadden.com | Counsel to Credit Suisse AG, Cayman Islands Branch, as administrative agent under the Syndicated Facility Agreement |
| Sky Perfect JSAT Corp | Ken Kunita<br>1-14-14- Akasaka, Minato-Ku<br>Tokyo, 107-0052<br>Japan | 81 3 5571 7770/ +852 3157 0722 | | kunita-ken@sptvjsat.com | Top 30 |
| Speedcast International Limited | Dominic Gyngell<br>Unit 4F, Level 1, Lakes Business Park<br>12 Lord St<br>Botany, NSW 2019<br>Australia | | | | Debtor |
| Steptoe & Johnson LLP | Alfred M. Mamlet, Joshua R. Taylor<br>1330 Connecticut Ave, NW<br>Washington, DC 20036 | 202-429-6205 | | amamlet@Steptoe.com; jrtaylor@Steptoe.com | Counsel for Inmarsat Global Limited and Inmarsat Solutions B.V. |
| Steptoe & Johnson LLP | Michael Dockterman<br>227 West Monroe St<br>Suite 4700<br>Chicago, IL 60606 | 312-577-1300 | | mdockterman@Steptoe.com | Counsel for Inmarsat Global Limited and Inmarsat Solutions B.V. |
| Tampnet UK Ltd | Attn Officer or Director<br>38 Carden Place<br>Aberdeen, AB10 1UP<br>United Kingdom | 44-74-6795-0265 | | finance.uk@tampnet.com | Top 30 |
| Telesat Canada | Richard O'Reilly<br>160 Elgin Street<br>Suite 2100<br>Ottawa, ON K2P 2P7<br>Canada | 613-748-0123 | 613-748-8712 | roreilly@telesat.com | Top 30; UCC |
| Telesat International Limited | Richard O'Reilly<br>33 Broadwick Street, 6th Floor<br>London, W1F 0DQ<br>United Kingdom | 44 203 927 3720 | | roreilly@telesat.com | Top 30 |
| Telstra International | Attn Officer or Director<br>10, 11, 13, 14, 19/F Telecom House<br>3 Gloucester Road Wan Chai<br>Hong Kong,<br>Hong Kong | 852 2983 3388 | | TGBilling@team.telstra.com | Top 30 |
| Thrane And Thrane A/S Cobham SATCOM | David Grant<br>Lundtoftegaardsvej 93 D<br>Kongens Lyngby, 2800<br>Denmark | 45-39-55-88-00, 45-3955-8314 | 45 3955 8888 | satcom.receivables@cobham.com, David.grant@cobham.com | Top 30; UCC |

In re: SpeedCast International Limited, et al.
Case No.: 20-32243

Page 5 of 6

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| US Attorney's Office | Southern District of Texas<br>Richard A. Kincheloe<br>1000 Louisiana Suite 2300<br>Houston, TX 77002 | 713-567-9422 | 713-718-3300; 713-718-3033 | richard.kincheloe@usdoj.gov | United States Attorney's Office for the Southern District of Texas |
| US Trustee for the Southern District of Texas (Houston Division) | Hector Duran, Jr and Stephen Douglas Statham<br>515 Rusk Street<br>Suite 3516<br>Houston, TX 77002 | 713-718-4650 | 713-718-4670 | Hector.Duran.Jr@usdoj.gov; stephen.statham@usdoj.gov | Office of the United States Trustee for the Southern District of Texas |
| Vodafone Fiji Ltd | Nazmin Nisha<br>168 Princes Road<br>Tamavua<br>Suva,<br>Fiji | 64-21-361-063; 679-331-2000 | 679-331 2007 | nazmin.nisha@vodafone.com | Top 30 |
| Weil, Gotshal & Manges LLP | Paul R. Genender, Amanda Pennington Prugh, Jake R. Rutherford<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201 | 214-746-7877 | 214-746-7777 | Paul.Genender@weil.com; Amanda.PenningtonPrugh@weil.com; Jake.Rutherford@weil.com | Proposed Counsel to Debtors |
| Weil, Gotshal & Manges LLP | Stephanie N. Morrison, Brenda L. Funk, Alfredo R. Perez<br>700 Louisiana, Suite 1700<br>Houston, TX 77002-2784 | 713-546-5000 | 713-224-9511 | Stephanie.Morrison@weil.com; Brenda.funk@weil.com; Alfredo.Perez@weil.com | Proposed Counsel to Debtors |
| Weil, Gotshal & Manges LLP | Gary T. Holtzer, David N. Griffiths, Kelly DiBlasi<br>767 Fifth Avene<br>New York, NY 10153 | 212-310-8000 | 212-310-8007 | Gary.Holtzer@weil.com; David.griffiths@weil.com; Kelly.DiBlasi@weil.com | Proposed Counsel to Debtors |
| White & Case LLP | Jason N. Zakia<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606 | 312-881-5400 | 312-881-5450 | jzakia@whitecase.com | Counsel for Portsea Asset Management LLP |
| White & Case LLP | Thomas E Lauria, Brian Pfeiffer, Varoon M. Sachdev<br>200 S Biscayne Blvd., Suite 4900<br>Miami, FL 33129 | 305-995-5282, 305-995-5271, 305-925-4124 | 305-358-5744 | tlauria@whitecase.com; brian.pfeiffer@whitecase.com; varoon.sachdev@whitecase.com | Counsel for Portsea Asset Management LLP |