# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SPEEDCAST INTERNATIONAL LIMITED, *et al.*, | § § § § | |
| | § | Case No. 20-32243 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket Nos. 27, 200 |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING ON (1) THE EMERGENCY MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING LIENS AND PROVIDING CLAIMS WITH SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES, (IV) MODIFYING THE AUTOMATIC STAY, (V) SCHEDULING A FINAL HEARING AND (VI) GRANTING RELATED RELIEF AND (2) OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE EMERGENCY MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING LIENS AND PROVIDING CLAIMS WITH SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES, (IV) MODIFYING THE AUTOMATIC STAY, (V) SCHEDULING A FINAL HEARING AND (VI) GRANTING RELATED RELIEF**

## WITNESS LIST

1. Christopher J. Kearns.
2. Any witness designated by any other party-in-interest.
3. Rebuttal witnesses as needed.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/speedcast. The Debtors' service address for the purposes of these chapter 11 cases is 4400 S. Sam Houston Parkway East, Houston, Texas 77048.

**EXHIBIT LIST**

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Christopher J. Kearns, *In re SpeedCast International Limited*, *et al.*, Case No. 20-32243 (MI) (Bankr. S.D. Tex. May 18, 2020), ECF No [   ]. | | | | | | |
| 2. | Interim DIP Order and DIP Credit Agreement, *In re Southcross Energy Partners, L.P.*, *et al.*, Case No. 19-10702 (MFW) (Bankr. D. Del. Apr. 2, 2019), ECF Nos. 59 and 59-1. | | | | | | |
| 3. | Final DIP Order, *In re Southcross Energy Partners, L.P.*, *et al.*, Case No. 19-10702 (MFW) (Bankr. D. Del. May 7, 2019), ECF No. 200. | | | | | | |
| 4. | Final DIP Order and DIP Credit Agreement, *In re EdgeMarc Energy Holdings*, *et al.*, Case No. 19-11104 (BLS) (Bankr. D. Del. June 18. 2019), ECF Nos. 223 and 223-1. | | | | | | |
| 5. | Final DIP Order and DIP Credit Agreement, *In re Cloud Peak Energy Inc.*, *et al.*, Case No. 19-11047 (KG) (Bankr. D. Del. July 18, 2019), ECF Nos. 447 and 447-1. | | | | | | |
| 6. | DIP Credit Agreement, *In re Joerns WoundCo Holdings*, *Inc.*, *et al.*, Case No. 19-11402 (JTD) (Bankr. D. Del. June 26, 2019), ECF No. 61-1. | | | | | | |
| 7. | Final DIP Order, *In re Joerns WoundCo Holdings*, *Inc.*, *et al.*, Case No. 19-11402 (JTD) (Bankr. D. Del. July 25, 2019), ECF No. 175. | | | | | | |
| 8. | DIP Motion, DIP ABL Credit Agreement, and Term DIP Credit Agreement, *In re Blackhawk Mining LLC*, *et al.*, Case No. 19-11595 (LSS) (Bankr. D. Del. July 19, 2019), ECF No. 18. | | | | | | |
| 9. | Final DIP Order, *In re Blackhawk Mining* | | | | | | |

| No. | Description | MARR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| | *LLC*, *et al.*, Case No. 19-11595 (LSS) (Bankr. D. Del. Aug. 13, 2019), ECF No. 185. | | | | | | |
| 10. | Interim Additional DIP Order and Term Sheet, *In re Blackhawk Mining LLC*, *et al.*, Case No. 19-11595 (LSS) (Bankr. D. Del. Oct. 17, 2019), ECF No. 294. | | | | | | |
| 11. | Final Additional DIP Order, *In re Blackhawk Mining LLC*, *et al.*, Case No. 19-11595 (LSS) (Bankr. D. Del. Oct. 24, 2019), ECF No. 314. | | | | | | |
| 12. | Final DIP Order, *In re Barneys New York*, *et al.*, Case No. 19-36300 (CGM) (Bankr. S.D.N.Y. Sept. 5, 2019), ECF No. 222. | | | | | | |
| 13. | DIP Credit Agreement, *In re Barneys New York*, *et al.*, Case No. 19-36300 (CGM) (Bankr. S.D.N.Y. Sept. 5, 2019), ECF No. 222-1. | | | | | | |
| 14. | Interim DIP Order and DIP Credit Agreement, *In re GCX Limited*, *et al.*, Case No. 19-12031 (CSS) (Bankr. D. Del. Sept. 16, 2019), ECF Nos. 49 and 49-1. | | | | | | |
| 15. | Final DIP Order, *In re GCX Limited*, *et al.*, Case No. 19-12031 (CSS) (Bankr. D. Del. Oct. 15, 2019), ECF No. 107. | | | | | | |
| 16. | DIP Credit Agreement, *In re Murray Energy Holdings Co.*, *et al.*, Case No. 19-56885 (JEH) (Bankr. S.D. Ohio. Oct. 29, 2019), ECF No. 28-2. | | | | | | |
| 17. | Final DIP Order, *In re Murray Energy Holdings Co.*, *et al.*, Case No. 19-56885 (JEH) (Bankr. S.D. Ohio. Dec. 12, 2019), ECF No. 431. | | | | | | |
| 18. | Final DIP Order, ABL DIP Agreement, and Term Loan DIP Agreement, *In re Bumble Bee Parent, Inc.*, *et al.*, Case No. 19-12502 (LSS) (Bankr. D. Del. Dec. 19, 2019), ECF Nos. 173, 173-1, and 173-2. | | | | | | |

| No. | Description | MARR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 19. | Interim DIP Order and DIP Credit Agreement, *In re Southern Foods Group, LLC, et al.*, Case No. 19-36313 (DRJ) (Bankr. S.D. Tex. Nov. 14, 2019), ECF No. 133. | | | | | | |
| 20. | Final DIP Order, *In re Southern Foods Group, LLC, et al.*, Case No. 19-36313 (DRJ) (Bankr. S.D. Tex. Dec. 23, 2019), ECF No. 608. | | | | | | |
| 21. | Final DIP Order and DIP Credit Agreement, *In re Sanchez Energy Corporation, et al.*, Case No. 19-34508 (MI) (Bankr. S.D. Tex. Jan. 22, 2020), ECF No. 865. | | | | | | |
| 22. | Interim DIP Order and DIP Credit Agreement, *In re RentPath Holdings, Inc., et al.*, Case No. 20-10312 (BLS) (Bankr. D. Del. Feb. 13, 2020), ECF Nos. 80 and 80-1. | | | | | | |
| 23. | Final DIP Order, *In re RentPath Holdings, Inc., et al.*, Case No. 20-10312 (BLS) (Bankr. D. Del. Mar. 10, 2020), ECF No. 171. | | | | | | |
| 24. | Final DIP Order and DIP Credit Agreement, *In re Foresight Energy LP, et al.*, Case No. 20-41308-659 (Bankr. E.D. Mo. Apr. 9, 2020), ECF No. 267. | | | | | | |
| | Any exhibit designated or introduced by any other party-in-interest. | | | | | | |

[*Remainder of page intentionally left blank*]

Dated: May 18, 2020

                                      Respectfully submitted,

**HOGAN LOVELLS US LLP**

By: */s/ Michael C. Hefter*
David P. Simonds (admitted *pro hac vice*)
Ronald J. Silverman (admitted *pro hac vice*)
Michael C. Hefter (admitted *pro hac vice*)
John D. Beck (admitted *pro hac vice*)
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
david.simonds@hoganlovells.com
ronald.silverman@hoganlovells.com
michael.hefter@hoganlovells.com
john.beck@hoganlovells.com

-and-

**HUSCH BLACKWELL LLP**

Randall A. Rios (Texas Bar No. 16935865)
Timothy A. Million (Texas Bar No. 24051055)
600 Travis, Suite 2350
Houston, TX 77002
Telephone: (713) 647-6800
Facsimile: (713) 647-6884
randy.rios@huschblackwell.com
tim.million@huschblackwell.com

*Proposed Counsel for the Committee*

### Certificate of Service

        I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List was served upon all parties listed as receiving electronic notice *via* the courts' ECF noticing system on May 18, 2020.

                                      */s/ Timothy A. Million*
                                      Timothy A. Million