# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SPEEDCAST INTERNATIONAL** | § | |
| **LIMITED**, *et al.*, | § | |
| | § | Case No. 20-32243 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## MASTER SERVICE LIST AS OF DECEMBER 1, 2020

Pursuant to paragraph 1 of the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* entered on April 23, 2020 [Docket No. 22], attached hereto is the updated Master Service List for the above-referenced cases as of December 1, 2020.

Dated: December 1, 2020

                                                          */s/* Travis Buckingham
                                                          Travis Buckingham
                                                          KCC
                                                          222 N Pacific Coast Highway, 3rd Floor
                                                          El Segundo, CA 90245
                                                          Tel 310.823.9000

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/speedcast. The Debtors' service address for the purposes of these chapter 11 cases is 4400 S. Sam Houston Parkway East, Houston, Texas 77048.

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Paul M. Lopez, Larry R. Boyd, Emily M. Hahn<br>1700 Redbud Blvd., Ste. 300<br>McKinney, TX 75069 | 214-544-4000 | 214-544-4040 | plopez@abernathy-law.com;<br>lboyd@abernathy-law.com;<br>ehahn@abernathy-law.com | Counsel for Collin County Tax Assessor/Collector |
| Adams and Reese LLP | Robin B. Cheatham<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139 | 504-581-3234 | 504-566-0210 | robin.cheatham@arlaw.com | Counsel for Apache Corporation, Apache Suriname 8 Corporation LDC and Apache Deepwater, LLC |
| Aldine Independent School District | Pamela H. Walters, Johnetta Lang<br>2520 W.W. Thorne Drive<br>Houston, TX 77073 | 281-985-6319 | 281-985-6321 | bnkatty@aldineisd.org | Counsel for Aldine Independent School District |
| APT Satellite Company Limited | Huang Baozhong<br>22 Dai Kwai Street, Tai Po Industrial Estate<br>Hong Kong,<br>Hong Kong | 852-2600-2100 | 852-2522-0419 | HuangBaoZhong@apstar.com | Top 30; The Official Committee of Unsecured Creditors |
| Asia Satellite Telecommunications Company Limited | Sue Yeung, Roger Tong, Vera Kwok<br>15 Dai Kwai Street<br>Tai Po Industrial Estate Tai Po, New Territories<br>Hong Kong,<br>Hong Kong | 61-(02)-8870-1400;<br>852-2500-0800 | | syeung@asiasat.com;<br>rtong@asiasat.com;<br>vkwok@asiasat.com | Top 30; The Official Committee of Unsecured Creditors |
| Berger Singerman LLP | Jordi Guso, Esq.<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131 | 305-755-9500 | 305-714-4340 | jguso@bergersingerman.com | Counsel for Royal Caribbean Cruises Ltd. |
| Buchalter, a Professional Corporation | Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Attorneys for Oracle America, Inc. |
| Comptroller of Public Accounts of the State of Texas | Christopher S. Murphy, Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>PO Box 12548<br>Austin, TX 78711-2548 | 512-475-4867 | 512-936-1409 | christopher.murphy@oag.texas.gov | Attorneys for the Texas Comptroller of Public Accounts |
| Cooley LLP | Cullen D. Speckhart<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004 | 202-776-2052, 202-842-7800 | 202-842-7899 | cspeckhart@cooley.com;<br>tim.kapalka@iridium.com;<br>Kieran.bustamante@iridium.com;<br>oantle@cooley.com | Counsel to Iridium Satellite LLC |
| Davis Polk & Wardwell LLP | Damian Schaible, David Schiff, Jonah A. Peppiatt, Jarret Erickson<br>450 Lexington Avenue<br>New York, NY 10017 | 212-450-4500 | 212-701-5800 | damian.schaible@davispolk.com;<br>david.schiff@davispolk.com;<br>jonah.peppiatt@davispolk.com;<br>jarret.erickson@davispolk.com | Counsel to the Ad Hoc Group of Secured Lenders |

In re: SpeedCast International Limited, et al.
Case No.: 20-32243

Page 1 of 7

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Eutelsat SA | Julie Burguburu, Company Secretary & Group General Counsel<br>70 Rue Balard<br>Paris, 75015<br>France | 33 1 53 98 47 42 | | jburguburu@eutelsat.com | Eutelsat SA |
| Federal Communications Commission | Attn General Counsel<br>445 12th Street SW<br>Washington, DC 20554 | 202-418-1700 | 202-418-2822 | thomas.johnson@fcc.gov | Federal Communications Commission |
| Haynes and Boone, LLP | Charles A. Beckham, Jr., Arsalan Muhammad<br>1221 McKinney, Suite 2100<br>Houston, TX 77010 | 713-547-2000 | 713-547-2600 | charles.beckham@haynesboone.com;<br>arsalan.muhammad@haynesboone.com | Attorneys for Credit Agricole Corporate and Investment Bank ("CACIB") |
| Hogan Lovells US LLP | David Simonds<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067 | 310-785-4600 | 310-785-4601 | david.simonds@hoganlovells.com | Co-Counsel for the Official Committee of Unsecured Creditors |
| Hogan Lovells US LLP | John D. Beck, Ron J. Silverman, Michael Hefter<br>390 Madison Avenue<br>New York, NY 10017 | 212-918-3000 | 212-918-3100 | john.beck@hoganlovells.com;<br>ronald.silverman@hoganlovells.com;<br>michael.hefter@hoganlovells.com | Co-Counsel for the Official Committee of Unsecured Creditors |
| Hogan Lovells US LLP | S. Lee Whitesell<br>609 Main Street<br>Suite 4200<br>Houston, TX 77002 | 713-632-1481 | 713-632-1401 | lee.whitesell@hoganlovells.com | Co-Counsel for the Official Committee of Unsecured Creditors |
| Husch Blackwell LLP | Randall A. Rios, Timothy A. Million<br>600 Travis St., Suite 2350<br>Houston, TX 77002 | 713-525-6226 | 713-647-6884 | randy.rios@huschblackwell.com;<br>tim.million@huschblackwell.com | Co-Counsel for the Official Committee of Unsecured Creditors |
| Inmarsat Global Limited | Shirin Dhala, Sam Horrocks<br>99 City Road<br>London, EC1Y 1AX<br>United Kingdom | 44-0-7593-501168 | | valentina.tsialiatidou@inmarsat.com;<br>Sam.horrocks@inmarsat.com | Top 30; The Official Committee of Unsecured Creditors |
| Intellian | Julia Kim, Edward Joannides<br>11 Studebaker<br>Irvine, CA 92618 | 949-727-4498 Ext. 1111; 949-771-4505 | | julia.kim@intelliantech.com;<br>accounting.us@intelliantech.com;<br>Edward.joannides@intelliantech.com | Top 30; The Official Committee of Unsecured Creditors |
| Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov | IRS |
| Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | 800-913-9358 | | Mimi.M.Wong@irscounsel.treas.gov | IRS |
| Internal Revenue Service | 1919 Smith Street<br>Houston, TX 77002 | | | | Internal Revenue Service |

In re: SpeedCast International Limited, et al.
Case No.: 20-32243

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Joseph G. Epstein PLLC | Joseph G. Epstein<br>24 Greenway Plaza, Suite 970<br>Houston, TX 77046 | 713-222-8400 | | joe@epsteintexaslaw.com | Counsel for Tampnet, Inc. |
| Kane Russell Coleman Logan PC | Michael P. Ridulfo<br>5051 Westheimer Road, 10th Floor<br>Houston, TX 77056 | 713-425-7400 | 713-425-7700 | mridulfo@krcl.com | Attorney for Gleamray Maritime, Inc. |
| Kern County Treasurer and Tax Collector Office | Linda Delgado Bankruptcy Division<br>PO Box 579<br>Bakersfield, CA 93302-0579 | 661-868-3490 | | bankruptcy@kerncounty.com | County of Kern, State of California |
| Kirkland & Ellis LLP and Kirkland & Ellis International, LLP | Edward O. Sassower, Anthony Grossi, Steven N. Serajeddini<br>601 Lexington Avenue<br>New York, NY 10022 | 212-446-4733; 212-446-6419; 212-446-5984 | | Edward.Sassower@kirkland.com;<br>Anthony.Grossi@kirkland.com;<br>Steven.Serajeddini@kirkland.com | Counsel to Intelstat US LLC |
| Kleinbert, Kaplan, Wolff & Cohen, P.C. | Matthew J. Gold<br>500 Fifth Avenue<br>New York, NY 10110 | 212-986-6000 | 212-986-8866 | mgold@kkwc.com | Attorneys for Intellian Technologies Inc. |
| Kurtzman Carson Consultants | Joe Morrow<br>222 N Pacific Coast Highway, Suite 300<br>El Segundo, CA 90245 | | | Speedcastinfo@kccllc.com | Claims and Noticing Agent |
| Linebarger Goggan Blair & Sampson LLP | Diane W. Sanders<br>PO Box 17428<br>Austin, TX 78760-7428 | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Attorney for San Patricio County, Hidalgo County, Jim Wells CAD, Dewitt County, Victoria County and Nueces County |
| Linebarger Goggan Blair & Sampson LLP | Don Stecker<br>112 E Pecan St Ste 2200<br>San Antonio, TX 78205 | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Counsel for Bexar County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com | Counsel for Smith, Tarrant and Dallas Counties |
| Linebarger Goggan Blair & Sampson LLP | Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel for Cypress-Fairbanks ISD, Fort Bend County, Jasper County, Jefferson County, Cleveland ISD and Harris County |
| Mayer Brown LLP | Craig E. Reimer, Alexander F. Berk<br>71 South Wacker Drive<br>Chicago, IL 60606 | 312-782-0600 | 312-701-7711 | creimer@mayerbrown.com;<br>aberk@mayerbrown.com | Counsel for TaiKoo Place Holdings Limited |
| McCreary, Veselka, Bragg & Allen, P.C | Tara LeDay<br>P. O. Box 1269<br>Round Rock, TX 78680 | 512-323-3200 | 512-323-3205 | tleday@mvbalaw.com | Attorneys for Claimants, The County of Brazos,Texas, The County of Denton, Texas, Midland Central Appraisal District and Central Appraisal District of Taylor County |

In re: SpeedCast International Limited, et al.
Case No.: 20-32243

Page 3 of 7

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| McKool Smith, P.C. | Gayle R. Klein<br>One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, NY 10001 | 212-402-9400 | | gklein@mckoolsmith.com | Proposed Conflicts Counsel to the Debtors |
| McKool Smith, P.C. | John J. Sparacino, Veronica F. Manning, Thomas J. Eisweirth<br>600 Travis St., Ste. 7000<br>Houston, TX 77002 | 713-485-7300 | | jsparacino@mckoolsmith.com;<br>vmanning@mckoolsmith.com;<br>teisweirth@mckoolsmith.com | Proposed Conflicts Counsel to the Debtors |
| Meade Young, LLC | Adam G. Young<br>556 Jefferson Street, Suite 200<br>Lafayette, LA 70501 | 337-534-0200 | 337-291-7999 | agy@meadeyoung.com | Counsel for Globalstar, Inc. and its affiliates |
| Meade Young, LLC | John Alden Meade<br>909 Poydras Street, Suite 1600<br>New Orleans, LA 70130 | | 504-799-3102, 504-717-2846 | jam@meadeyoung.com | Counsel for Globalstar, Inc. and its affiliates |
| Morgan, Lewis & Bockius LLP | David L. Lawton<br>One State Street<br>Harford, CT 06103-3178 | 860-240-2700 | 860-240-2701 | david.lawton@morganlewis.com | Counsel for nbn co limited |
| Morgan, Lewis & Bockius LLP | Jared Wilkerson, Winstol D. Carter, Jr.<br>1000 Louisiana Street<br>Suite 4000<br>Houston, TX 77002-5048 | 713-890-5460 | 713-890-5001 | jared.wilkerson@morganlewis.com;<br>winn.carter@morganlewis.com | Counsel to Cobham Limited, Seatel Inc., nbn co limited and Thrane & Thrane A/S |
| Morgan, Lewis & Bockius LLP | John C. Goodchild III, Esq., Matthew C. Ziegler, Esq.<br>1701 Market Street<br>Philadelphia, PA 19103 | 215-963-5020, 215-963-5064 | 215-963-5001 | john.goodchild@morganlewis.com;<br>matthew.ziegler@morganlewis.com | Counsel to Cobham Limited, Seatel Inc., and Thrane & Thrane A/S |
| New Skies Satellites B.V. | Francis Marquez, Brendan O'Callaghan<br>Rooseveltplantsoen 4<br>The Hague,  KR 2517<br>The Netherlands | 31-70-338-1997;<br>202-478-7152 | | francis.marquez@ses.com;<br>sanjeev.ramcharan@ses.com; billing-nl@ses.com;<br>Brendan.o.callaghan@ses.com | Top 30; The Official Committee of Unsecured Creditors |
| Norton Rose Fulbright US LLP | Jason L. Boland, Bob B. Bruner<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010 | 713-651-5151 | 713-651-5246 | jason.boland@nortonrosefulbright.com;<br>bob.bruner@nortonrosefulbright.com | Counsel for Inmarsat Global Limited and Inmarsat Solutions B.V. |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Deb Secrest<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121 | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania |
| Oklahoma County Treasurer | Tammy Jones, Pro Se<br>320 Robert S. Kerr, Room 307<br>Oklahoma City, OK 73102 | 405-713-1324 | | tammy.jones@oklahomacounty.org | Oklahoma County Treasurer |

In re: SpeedCast International Limited, et al.
Case No.: 20-32243

Page 4 of 7

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Eboney Cobb<br>500 E. Border Street<br>Suite 640<br>Arlington, TX 76010 | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com | Attorneys for Johnson County, Alvarado ISD |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Laura J. Monroe<br>PO Box 817<br>Lubbock, TX 79408 | 806-744-5091 | 806-744-9953 | lmbkr@pbfcm.com | Attorney for Midland County |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com | Attorney for Brazoria County Tax Office |
| Pillsbury Winthrop Shaw Pittman LLP | Hugh M. Ray, III, William J. Hotze<br>Two Houston Center<br>909 Fannin, Suite 2000<br>Houston, TX | 713-276-7661, 713-276-7634 | 713-276-7673 | hugh.ray@pillsburylaw.com;<br>william.hotze@pillsburylaw.com | Counsel for UltiSat, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Leo T. Crowley<br>31 West 52nd Street<br>New York, NY 10019-6131 | 212-858-1740 | 212-858-1500 | leo.crowley@pillsburylaw.com | Counsel for UltiSat, Inc. |
| Porter Hedges LLP | John F. Higgins, Emily D. Nasir<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | 713-226-6000 | 713-226-6248 | jhiggins@porterhedges.com;<br>enasir@porterhedges.com | Counsel to AsiaSat Satellite Telecommunications Co. Ltd. |
| Proskauer Rose LLP | Paul V. Possinger<br>70 West Madison<br>Suite 3800<br>Chicago, IL 60602-4342 | 312-962-3550 | 312-962-3551 | ppossinger@proskauer.com | Counsel for Eutelsat SA and its Affiliates |
| Proskauer Rose LLP | Timothy Q. Karcher<br>Eleven Times Square<br>New York, NY 10036-8299 | 212-969-3000 | 212-969-2900 | tkarcher@proskauer.com | Counsel for Eutelsat SA and its Affiliates |
| Rapp & Krock, PC | Henry Flores, Kenneth M. Krock<br>1980 Post Oak Blvd, Suite 1200<br>Houston, TX  77056 | 713-759-9977 | 713-759-9967 | HFlores@rappandkrock.com;<br>kkrock@rappandkrock.com | Counsel to the Ad Hoc Group of Secured Lenders |
| Schlanger Silver LLP | Julia A. Cook<br>109 North Post Oak Lane, Suite 300<br>Houston, TX 77024 | 713-785-1700 | 713-785-2091 | jcook@schlangersilver.com | Attorneys for GSL Partners Sub Ten, L.P. |
| Securities & Exchange Commission | Fort Worth Regional Office<br>801 Cherry Street, Suite 1900, Unit 18<br>Fort Worth, TX 76102 | 817-978-3821 | | dfw@sec.gov | SEC Regional Office |
| Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | 202-942-8088 | 202-772-9317 or 202-772-9318 | secbankruptcy@sec.gov | SEC Headquarters |
| Skadden, Arps, Slate, Meagher & Flom LLP | Carl T. Tullson<br>One Rodney Square, P.O. Box 636<br>Wilmington, DE 19899-0636 | 302-651-3000 | 302-651-3001 | Carl.Tullson@skadden.com | Counsel for Black Diamond Capital Management, LLC |

In re: SpeedCast International Limited, et al.
Case No.: 20-32243

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | David M. Wagener, Esq., Albert L. Hogan III, Ron E. Meisler, Amy Van Gelder, Christopher M. Dressel<br>155 N. Wacker Drive<br>Chicago, IL 60606 | 312-407-0700 | 312-407-0411 | david.wagener@skadden.com; al.hogan@skadden.com; Ron.Meisler@skadden.com; Amy.Vangelder@skadden.com; Christopher.Dressel@skadden.com | Counsel to Credit Suisse AG, Cayman Islands Branch, as administrative agent under the Syndicated Facility Agreement and Black Diamond Capital Management, LLC |
| Skadden, Arps, Slate, Meagher & Flom LLP | Steven Messina, Shana A. Elberg<br>One Manhattan West<br>New York, NY  10001 | 212-735-3509; 212-735-2367; 212-735-3000 | 917-777-3000 | steven.messina@skadden.com; Shana.Elberg@skadden.com | Counsel to Credit Suisse AG, Cayman Islands Branch, as administrative agent under the Syndicated Facility Agreement |
| Skadden, Arps, Slate, Meagher & Flom LLP | Wallis M. Hampton<br>1000 Louisiana Street, Suite 6800<br>Houston, TX 77002 | 713-655-5116 | 713-483-9116 | Wallis.Hampton@skadden.com | Counsel for Black Diamond Capital Management, LLC |
| Speedcast International Limited | Dominic Gyngell<br>Unit 4F, Level 1, Lakes Business Park<br>12 Lord St<br>Botany, NSW 2019<br>Australia | | | | Debtor |
| Squire Patton Boggs (US) LLP | Karol K. Denniston<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111 | 415-954-0200 | 415-393-9887 | karol.denniston@squirepb.com | Counsel for Panasonic Avionics Corporation and ITC Global |
| Steptoe & Johnson LLP | Alfred M. Mamlet, Joshua R. Taylor<br>1330 Connecticut Ave, NW<br>Washington, DC 20036 | 202-429-6205 | | amamlet@Steptoe.com; jrtaylor@Steptoe.com | Counsel for Inmarsat Global Limited and Inmarsat Solutions B.V. |
| Steptoe & Johnson LLP | Michael Dockterman<br>227 West Monroe St<br>Suite 4700<br>Chicago, IL 60606 | 312-577-1300 | | mdockterman@Steptoe.com | Counsel for Inmarsat Global Limited and Inmarsat Solutions B.V. |
| Telesat Canada | Richard O'Reilly<br>160 Elgin Street<br>Suite 2100<br>Ottawa, ON K2P 2P7<br>Canada | 613-748-0123 | 613-748-8712 | roreilly@telesat.com | Top 30; The Official Committee of Unsecured Creditors |
| Thrane And Thrane A/S Cobham SATCOM | David Grant<br>Lundtoftegaardsvej 93 D<br>Kongens Lyngby,  2800<br>Denmark | 45-39-55-88-00, 45-3955-8314 | 45 3955 8888 | satcom.receivables@cobham.com; David.grant@cobham.com | Top 30; The Official Committee of Unsecured Creditors |
| US Attorney's Office | Southern District of Texas<br>Richard A. Kincheloe<br>1000 Louisiana Suite 2300<br>Houston, TX 77002 | 713-567-9422 | 713-718-3300; 713-718-3033 | richard.kincheloe@usdoj.gov | United States Attorney's Office for the Southern District of Texas |

In re: SpeedCast International Limited, et al.
Case No.: 20-32243

Page 6 of 7

**Master Service List**

| CreditorName | Address | Phone | Fax | Email | Description |
|---|---|---|---|---|---|
| US Trustee for the Southern District of Texas (Houston Division) | Hector Duran, Jr and Stephen Douglas Statham<br>515 Rusk Street<br>Suite 3516<br>Houston, TX 77002 | 713-718-4650 | 713-718-4670 | Hector.Duran.Jr@usdoj.gov;<br>stephen.statham@usdoj.gov | Office of the United States Trustee for the Southern District of Texas |
| Vinson & Elkins LLP | Matthew W. Moran, Trevor G. Spears<br>2001 Ross Ave., Suite 3900<br>Dallas, TX 75201 | 214-220-7700 | 214-220-7716 | mmoran@velaw.com;<br>tspears@velaw.com | Counsel for Centerbridge Partners, L.P. and certain of its affiliates |
| Vinson & Elkins LLP | Paul E. Heath<br>1001 Fannin Street, Suite 2500<br>Houston, TX 77002 | 713-758-2222 | 713-758-2346 | pheath@velaw.com | Counsel for Centerbridge Partners, L.P. and certain of its affiliates |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason, Amy R. Wolf, John R. Sobolewski<br>51 West 52nd Street<br>New York, NY 10019 | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com;<br>ARWolf@wlrk.com;<br>JRSobolewski@wlrk.com | Counsel for Centerbridge Partners, L.P. and certain of its affiliates |
| Weil, Gotshal & Manges LLP | Gary T. Holtzer, David N. Griffiths, Kelly DiBlasi<br>767 Fifth Avene<br>New York, NY 10153 | 212-310-8000 | 212-310-8007 | Gary.Holtzer@weil.com;<br>David.griffiths@weil.com;<br>Kelly.DiBlasi@weil.com | Counsel to Debtors |
| Weil, Gotshal & Manges LLP | Paul R. Genender, Amanda Pennington Prugh, Jake R. Rutherford<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201 | 214-746-7877 | 214-746-7777 | Paul.Genender@weil.com;<br>Amanda.PenningtonPrugh@weil.com;<br>Jake.Rutherford@weil.com | Counsel to Debtors |
| Weil, Gotshal & Manges LLP | Stephanie N. Morrison, Brenda L. Funk, Alfredo R. Perez<br>700 Louisiana, Suite 1700<br>Houston, TX 77002-2784 | 713-546-5000 | 713-224-9511 | Stephanie.Morrison@weil.com;<br>Brenda.funk@weil.com;<br>Alfredo.Perez@weil.com | Counsel to Debtors |
| White & Case LLP | Jason N. Zakia<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606 | 312-881-5400 | 312-881-5450 | jzakia@whitecase.com | Counsel for Portsea Asset Management LLP |
| White & Case LLP | Thomas E Lauria, Brian Pfeiffer, Varoon M. Sachdev<br>200 S Biscayne Blvd., Suite 4900<br>Miami, FL 33129 | 305-995-5282, 305-995-5271, 305-925-4124 | 305-358-5744 | tlauria@whitecase.com;<br>brian.pfeiffer@whitecase.com;<br>varoon.sachdev@whitecase.com | Counsel for Portsea Asset Management LLP |
| Winston & Strawn LLP | Daniel J. McGuire<br>35 W. Wacker Drive<br>Chicago, IL 60601 | 312-558-5600 | 312-558-5700 | dmcguire@winston.com | Counsel for Black Diamond Commercial Finance, L.L.C. |
| Winston & Strawn LLP | Katherine A. Preston; Kayla Lowery<br>800 Capitol Street, Suite 2400<br>Houston, TX 77002 | 713-651-2600 | 713-651-2700 | kpreston@winston.com;<br>Klowery@winston.com | Counsel for Black Diamond Commercial Finance, L.L.C. |

In re: SpeedCast International Limited, et al.
Case No.: 20-32243

Page 7 of 7