United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 21, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-32243 |
| SPEEDCAST INTERNATIONAL | § | |
| LIMITED, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER

For the reasons set forth in the Memorandum Opinion on this date, Inmarsat's application for an administrative expense is denied.

SIGNED 12/21/2021

_____
Marvin Isgur
United States Bankruptcy Judge